EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2025 TSPR 66 |
| | 216 DPR ___ |
| Rolando López Rivera | |

Número del Caso:  TS-11,408


Fecha:  20 de junio de 2025


Representante legal del peticionario:

Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Rolando López Rivera
                        TS-11,408


RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de junio de 2025.

Examinada la *Moción de reinstalación al ejercicio de la abogacía*, presentada por el Sr. Rolando López Rivera, se provee ha lugar y se ordena la reinstalación de este al ejercicio de la abogacía.

Se le apercibe al licenciado López Rivera que, en lo sucesivo, deberá cumplir estricta y fielmente con el Código de Ética Profesional y, eventualmente, con las Reglas de Conducta Profesional. Se le advierte que tiene el deber continuo de actualizar su información en el Registro Único de Abogados y Abogadas (RUA) y de cumplir oportunamente los requerimientos del Programa de Educación Jurídica Continua. Asimismo, se le apercibe que en el futuro deberá comunicar y obtener la autorización de este Tribunal para cesar voluntariamente del ejercicio de la profesión.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo